# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| Beverly Beaty, | |
| Plaintiff, | Civil Action No.: 2:16-cv-00164-RTR |
| v. | |
| Kohl's Department Stores, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Beverly Beaty | Kohl's Department Stores, Inc. |
|---|---|
| /s/ Amy L. Cueller | /s/ Meredith C. Wilkerson |
| Amy L. Cueller, Esq. #15052-49 | Meredith C. Wilkerson, Esq. |
| LEMBERG LAW | Senior Litigation Counsel |
| 43 Danbury Road, 3rd Floor | Kohl's Department Stores Inc. |
| Wilton, CT 06897 | N56 W17000 Ridgewood Dr. |
| Telephone: (203) 653-2250 | Menomonee Falls, WI 53051-5660 |
| Email: acueller@lemberglaw.com | Telephone: (262) 703-3525 |
| Attorney for Plaintiff | Email: meredith.wilkerson@kohls.com |
| | Attorney for Defendant |

SO ORDERED

## CERTIFICATE OF SERVICE

      I hereby certify that on July 29, 2016, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Wisconsin Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Amy L. Cueller  
      Amy L. Cueller